AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**RACHEL KNAPKE,**

      Petitioner,

**JUDGMENT IN A CIVIL CASE**

v.

      CASE NO.  C2-10-485

**JUDGE MARK HUMMER,**      **JUDGE EDMUND A. SARGUS, JR.**
      **MAGISTRATE JUDGE NORAH MCCANN KING**

      Respondent.

___     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed February 15, 2013, JUDGMENT is hereby entered DISMISSING this case.**

Date: February 15, 2013                        JOHN P. HEHMAN, CLERK

                                                              */S/ Andy F. Quisumbing*
                                                              (By) Andy F. Quisumbing
                                                              Courtroom Deputy Clerk